53-752
113



*The Commonwealth of Massachusetts*

**BAYSTATE CORRECTIONAL CENTER**
**TFA ACCOUNT**

445 0019711

**Sovereign Bank**
sovereignbank.com

19711
08/06/04

PAY TO THE CLERK, U. S. DISTRICT COURT
ORDER OF _____

$****150.00

One Hundred Fifty AND 00/100************************* DOLLARS

EDWARD FIELDING, W34605

4/11/04

⑆44500I97II⑈ ⑉011375245⑉ 0008888040 6⑈

Dear Ms. Weissman

Enclosed for filing with the court are the following,

1.   One Civil Cover Sheet
2.   One Case Category Sheet
3.   One Summons
4.   One Complaint for Civil Rights (7-pages)

Also enclosed is the filing fee in the amount of
$150.00.

Moreover, could you please clarify the following.
Pursuant to Fed. R. Civ. P. 4 (J)(2), Service of a Summons
may be in the manner prescribed by the law of the State
named as defendant. So pursuant to Mass. R. Civ. P. 4, a
Summons & Complaint can be served by certified mail.
Therefore, when I submit the Summons Return of Service to
the U.S. District Court should I type in the certified
return receipt number and mail that document to the court as
Proof of Service, or, is it required by the court that I
also mail a copy of the signed return receipt when I receive
it as Proof of Service?

Thank you for your time and assistance in this matter.

Respectfully,

Edward Fielding

Edward Fielding, Pro se