UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EDWARD FIELDING,
    Plaintiff,

    V.                    CIVIL ACTION NO. 04-11801-DPW

MASSACHUSETTS JUDICIARY,
    Defendant

### **ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order entered September 10, 2004, dismissing the action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                          BY THE COURT,

                                          <u>/s/ Rebecca Greenberg</u>
                                          Deputy Clerk

DATED: September 10, 2004