Edward Fielding
Bay State Correctional Center
28 Clark St. P.O. Box 73
Norfolk, MA. 02056-0073

Clerk Rebecca Greenberg
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA. 02210

```
            FILED
       IN CLERKS OFFICE

       2005 JAN 19  P 3: 03
       January 18, 2005
        U.S. DISTRICT COURT
        DISTRICT OF MASS
```

RE: **2nd Status Update Request - C.A. No. 04-11801-DPW**

Dear Clerk Greenberg

   On November 15, 2004 I wrote you requesting a status update, (copy enclosed), concerning my motion to alter or amend judgment filed on September 17, 2004. This motion pertains to my Civil Rights Petition dismissed on September 9, 2004 pursuant to the Prison Litigation Reform Act.

   In response to my status update request the court mailed me an electronic printout.(copy enclosed). Naturally, this enclosure is not an official signed court order which leaves me still questioning the outcome of my pending motion.

   This 2nd request is now being mailed because I decided to wait until the holidays where concluded.

   I am requesting that you re-review my motion because it presented that the standards cited in the order of dismissal do not apply in this circumstance. Moreover, if the court has indeed denied my motion to alter or amend I would require an order by the court so that a proper notice of appeal could be filed.

   I further request at your earliest convenience could you please mail me a copy of the docket entries.

   Thank you for your time and assistance in this matter.

                                    Respectfully.

                                    _____
                                    Edward Fielding, Pro se

Edward Fielding
Bay State Correctional Center
28 Clark St. P.O. Box 73
Norfolk, MA. 02056-0073

Clerk Rebecca Greenberg
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA. 02210

FILED
IN CLERKS OFFICE

2005 JAN 19  P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

November 15, 2004

RE: **STATUS UPDATE - C.A. No. 04-11801-DPW**

Dear Clerk Greenberg

On September 17, 2004 I mailed the court a motion to alter or amended judgement with a supporting memorandum and an exhibit of M.G.L.c. 231A § 1. (see: enclosed documents, including proof of mailing receipt).

As of this date the Plaintiff has not heard from the court. Plaintiff is not even certain the court received and docketed the documents. Therefore, the Plaintiff respectfully request's a Status Update upon the issue before the court.

Thank you for your time and assistance in this matter.

Respectfully,

*Edward Fielding*
Edward Fielding, Pro se

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@madei.mad.uscourts.gov
Message-Id:<682007@mad.uscourts.gov>
Bcc:barbara_morse@mad.uscourts.gov,d_woodlock@mad.uscourts.gov,morsefam
Subject:Activity in Case 1:04-cv-11801-DPW Fielding v. Massachusetts Ju
Content-Type: text/plain
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once
```

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Woodlock, Douglas entered o

Case Name: Fielding v. Massachusetts Judiciary
Case Number: 1:04-cv-11801 /cgi-bin/DktRpt.pl?93726
WARNING: CASE CLOSED on 09/10/2004

Document Number:
Copy the URL address on the line below into the location bar of your We

Docket Text:
Judge Douglas P. Woodlock : electronic ORDER entered denying [5] Motion

The following document(s) are associated with this transaction:

1:04-cv-11801 Notice will be electronically mailed to:

1:04-cv-11801 Notice will not be electronically mailed to:
Edward Fielding
Bay State Correctional Center
28 Clark Street
P.O. Box 73
Norfolk, MA 02056-0073