United States District Court
District of Massachusetts

Edward Fielding,
    Plaintiff

v.

Massachusetts Judiciary,
    Respondent

FILED
IN CLERKS OFFICE

2005 FEB -9  P 3: 19

Docket No.

04-11801-DPW
U.S. DISTRICT COURT
DISTRICT OF MASS

### Notice of Appeal

Now comes the Plaintiff, Edward Fielding, Pro se, pursuant to Federal Rule of Appellate Procedure, Rule 3 (a)(1), and Rule 4 (a)(6), appealing the United States District Court's memorandum and order of dismissal, of a Civil Rights Complaint, and denial of a Motion to Alter or Amend Judgment, by Electronic order without notice, or issuance of a memorandum and order addressing Plaintiff's claim that the standards relied upon by the court in the order of dismissal do not apply in the case before the court, therefore, this appeal concerns an abuse of discretion by the court.

                        Respectfully submitted by
                        the Plaintiff

                        *Edward Fielding*
                        Edward Fielding, Pro se
                        Bay State Correctional Center
                        28 Clark St. P.O. Box 73
                        Norfolk, MA. 02056-0073

Dated: February 8, 2005