Edward Fielding
Bay State Correctional Center
28 Clark St. P.O. Box 73
Norfolk, MA. 02056-0073

Clerk Rebecca Greenberg
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA. 02210

FILED
IN CLERKS OFFICE

2005 FEB -9 P 3:19

November 15, 2004

U.S. DISTRICT COURT
DISTRICT OF MASS

RE: **STATUS UPDATE - C.A. No. 04-11801-DPW**

Dear Clerk Greenberg

On September 17, 2004 I mailed the court a motion to alter or amended judgement with a supporting memorandum and an exhibit of M.G.L.c. 231A § 1. (see: enclosed documents, including proof of mailing receipt).

As of this date the Plaintiff has not heard from the court. Plaintiff is not even certain the court received and docketed the documents. Therefore, the Plaintiff respectfully request's a Status Update upon the issue before the court.

Thank you for your time and assistance in this matter.

Respectfully,

*Edward Fielding*
Edward Fielding, Pro se

Exhibit 1