```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@madei.mad.uscourts.gov
Message-Id:<682007@mad.uscourts.gov>
Bcc:barbara_morse@mad.uscourts.gov,d_woodlock@mad.uscourts.gov,morsefam
Subject:Activity in Case 1:04-cv-11801-DPW Fielding v. Massachusetts Ju
Content-Type: text/plain
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Woodlock, Douglas entered o

Case Name: Fielding v. Massachusetts Judiciary
Case Number: 1:04-cv-11801 /cgi-bin/DktRpt.pl?93726
WARNING: CASE CLOSED on 09/10/2004

Document Number:
Copy the URL address on the line below into the location bar of your We

Docket Text:
Judge Douglas P. Woodlock : electronic ORDER entered denying [5] Motion

The following document(s) are associated with this transaction:


1:04-cv-11801 Notice will be electronically mailed to:


1:04-cv-11801 Notice will not be electronically mailed to:
Edward  Fielding
Bay State Correctional Center
28 Clark Street
P.O. Box 73
Norfolk, MA 02056-0073

*Exhibit 2*

Edward Fielding
Bay State Correctional Center
28 Clark St. P.O. Box 73
Norfolk, MA. 02056-0073

January 18, 2005

Clerk Rebecca Greenberg
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA. 02210

RE: **2nd Status Update Request - C.A. No. 04-11801-DPW**

Dear Clerk Greenberg

    On November 15, 2004 I wrote you requesting a status update, (copy enclosed), concerning my motion to alter or amend judgment filed on September 17, 2004. This motion pertains to my Civil Rights Petition dismissed on September 9, 2004 pursuant to the Prison Litigation Reform Act.

    In response to my status update request the court mailed me an electronic printout. (copy enclosed). Naturally, this enclosure is not an official signed court order which leaves me still questioning the outcome of my pending motion.

    This 2nd request is now being mailed because I decided to wait until the holidays where concluded.

    I am requesting that you re-review my motion because it presented that the standards cited in the order of dismissal do not apply in this circumstance. Moreover, if the court has indeed denied my motion to alter or amend I would require an order by the court so that a proper notice of appeal could be filed.

    I further request at your earliest convenience could you please mail me a copy of the docket entries.

    Thank you for your time and assistance in this matter.

                                Respectfully.

                                  *Edward Fielding*
                                  Edward Fielding, Pro se

Exhibit 3

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11801-DPW

Fielding v. Massachusetts Judiciary
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/11/2004
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Edward Fielding    represented by    Edward Fielding
Bay State Correctional Center
28 Clark Street
P.O. Box 73
Norfolk, MA 02056-0073
PRO SE

V.

**Defendant**

Massachusetts Judiciary

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/11/2004 | 1 | Letter/request (non-motion) from Edward Fielding indicating that a check issued #4450019711 for the filing fee however the check was not enclosed in the envelope. (Jenness, Susan) (Entered: 08/18/2004) |
| 08/11/2004 | 2 | COMPLAINT, filed by Edward Fielding.(Jenness, Susan) (Entered: 08/18/2004) |
| 08/11/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 08/18/2004) |
| 08/18/2004 |   | Case undergoing preliminary screening (Jenness, Susan) (Entered: 08/18/2004) |

1 of 2    1 of 2    Exhibit 4    1/25/05 3:45 PM

| 08/18/2004 | ● | Filing fee: $ 150.00, receipt number 58084 regarding Filing of a Complaint (Jenness, Susan) (Entered: 08/20/2004) |
|---|---|---|
| 08/20/2004 | ● | File forwarded to customer service for labelling and then onto the session (Jenness, Susan) (Entered: 08/20/2004) |
| 09/10/2004 | ●3 | Judge Douglas P. Woodlock : ORDER entered: MEMORANDUM AND ORDER: this action is dismissed as lacking an arguable basis in law.(Greenberg, Rebecca) (Entered: 09/10/2004) |
| 09/10/2004 | ●4 | Judge Douglas P. Woodlock : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 09/10/2004) |
| 09/20/2004 | ●5 | MOTION to Alter or amend Judgment by Edward Fielding.(Rynne, Michelle) (Entered: 09/22/2004) |
| 09/20/2004 | ●6 | MEMORANDUM in Support re 5 MOTION to Alter or amend Judgment filed by Edward Fielding. (Rynne, Michelle) (Entered: 09/22/2004) |
| 09/24/2004 | ● | Judge Douglas P. Woodlock : electronic ORDER entered denying 5 Motion to Alter Judgment (Woodlock, Douglas) (Entered: 09/24/2004) |
| 11/17/2004 | ●7 | Letter/request (non-motion) the status update with regard to the denial of Motion from Edward Fielding. Printed 9/24 docket entry and mailed it to Mr. Fielding. (Nici, Richard) (Entered: 11/19/2004) |
| 01/19/2005 | ●8 | Letter/request a review of a previously filed motion(non-motion) from Edward Fielding. Mailing a copy of the docket to Mr. Fielding. (Nici, Richard) (Entered: 01/25/2005) |

Received on
February 2, 2005
cg

2 of 2  Exhibit 4