## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11801

Edward Fielding

v.

Massachusetts Judiciary

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/9/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 2, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/4/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11801-DPW

Fielding v. Massachusetts Judiciary  
Assigned to: Judge Douglas P. Woodlock  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/11/2004  
Jury Demand: None  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Edward Fielding**         represented by   **Edward Fielding**
Bay State Correctional Center

28 Clark Street
P.O. Box 73
Norfolk, MA 02056-0073
PRO SE

V.

**Defendant**

**Massachusetts Judiciary**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/11/2004 | 1 | Letter/request (non-motion) from Edward Fielding indicating that a check issued #4450019711 for the filing fee however the check was not enclosed in the envelope. (Jenness, Susan) (Entered: 08/18/2004) |
| 08/11/2004 | 2 | COMPLAINT, filed by Edward Fielding.(Jenness, Susan) (Entered: 08/18/2004) |

| 08/11/2004 |   | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 08/18/2004) |
|---|---|---|
| 08/18/2004 |   | Case undergoing preliminary screening (Jenness, Susan) (Entered: 08/18/2004) |
| 08/18/2004 |   | Filing fee: $ 150.00, receipt number 58084 regarding Filing of a Complaint (Jenness, Susan) (Entered: 08/20/2004) |
| 08/20/2004 |   | File forwarded to customer service for labelling and then onto the session (Jenness, Susan) (Entered: 08/20/2004) |
| 09/10/2004 | 3 | Judge Douglas P. Woodlock : ORDER entered: MEMORANDUM AND ORDER: this action is dismissed as lacking an arguable basis in law. (Greenberg, Rebecca) (Entered: 09/10/2004) |
| 09/10/2004 | 4 | Judge Douglas P. Woodlock : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 09/10/2004) |
| 09/20/2004 | 5 | MOTION to Alter or amend Judgment by Edward Fielding.(Rynne, Michelle) (Entered: 09/22/2004) |
| 09/20/2004 | 6 | MEMORANDUM in Support re 5 MOTION to Alter or amend Judgment filed by Edward Fielding. (Rynne, Michelle) (Entered: 09/22/2004) |
| 09/24/2004 |   | Judge Douglas P. Woodlock : electronic ORDER entered denying 5 Motion to Alter Judgment (Woodlock, Douglas) (Entered: 09/24/2004) |
| 11/17/2004 | 7 | Letter/request (non-motion) the status update with regard to the denial of Motion from Edward Fielding. Printed 9/24 docket entry and mailed it to Mr. Fielding. (Nici, Richard) (Entered: 11/19/2004) |
| 01/19/2005 | 8 | Letter/request a review of a previously filed motion |

| | | |
|---|---|---|
| | | (non-motion) from Edward Fielding. Mailing a copy of the docket to Mr. Fielding. (Nici, Richard) (Entered: 01/25/2005) |
| 02/09/2005 | 9 | NOTICE OF APPEAL as to Order on Motion to Alter Judgment by Edward Fielding. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/1/2005. (Nici, Richard) (Entered: 02/15/2005) |
| 02/09/2005 | 10 | MOTION for Extension of Time to File an Appeal by Edward Fielding.(Nici, Richard) (Entered: 02/15/2005) |
| 02/09/2005 | 11 | AFFIDAVIT in Support re 10 MOTION for Extension of Time to File. (Attachments: # 1 Exhibit 1# 2 exhibits 2-4)(Nici, Richard) (Entered: 02/15/2005) |
| 02/18/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 10 Motion for Extension of Time to File Notice of Appeal. Allowed pursuant to Fed.R.App. 4(a)(G), without necessarily accepting plaintiff's asertions regarding lack of notice; the notice of appeal filed with the instant motion is accepted. (Rynne, Michelle) (Entered: 02/18/2005) |